| Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| R4 / ZZW 22869365 | 01/90 | 6949085 | 1 of 1 | **Earnings Statement** | **ADP** |

Details Inc LLC
302 BOB WHITE DR
red oak, TX 75154

Period Starting: 03/14/2025
Period Ending: 03/20/2025
Pay Date: 03/21/2025

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
  Federal:  0             Federal:
  State:    0             State:
  Local:    0             Local:
Social Security Number:   XXX-XX-XXXX

Carl Daugherty
302 Bob White DR
Red Oak, TX 75154

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2500.00 | 30000.00 |
| **Gross Pay** | | | **$2,500.00** | **$30,000.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -432.90 | 5194.80 |
| Social Security | -155.00 | 1860.00 |
| Medicare | -36.25 | 435.00 |
| **Net Pay** | **$1,875.85** | |

**Deposits**
| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3355 | XXXXXXXXX | 1875.85 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $2,500.00

Details Inc LLC
302 BOB WHITE DR
red oak, TX 75154

Pay Date:    03/21/2025

Deposited to the account                                account number         transit/ABA        amount
Checking DirectDeposit                                  XXXXXX3355             XXXXXXXXX          1875.85

THIS IS NOT A CHECK

Carl Daugherty
302 Bob White DR
Red Oak, TX 75154

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / ZZW 22869365 | 01/90 | 6927202 | 1 of 1 |

Details Inc LLC
302 BOB WHITE DR
red oak, TX 75154

# Earnings Statement

**ADP**

Period Starting: 03/07/2025
Period Ending: 03/13/2025
Pay Date: 03/14/2025

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
  Federal: 0            Federal:
  State: 0              State:
  Local: 0              Local:
Social Security Number: XXX-XX-XXXX

Carl Daugherty
302 Bob White DR
Red Oak, TX 75154

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 0.00 | 2500.00 | | 27500.00 |
| Gross Pay | | | $2,500.00 | $27,500.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -432.90 | 4761.90 |
| Social Security | -155.00 | 1705.00 |
| Medicare | -36.25 | 398.75 |
| Net Pay | $1,875.85 | |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3355 | XXXXXXXXX | 1875.85 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $2,500.00

Details Inc LLC
302 BOB WHITE DR
red oak, TX 75154

Pay Date: 03/14/2025

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3355 | XXXXXXXXX | 1875.85 |

THIS IS NOT A CHECK

Carl Daugherty
302 Bob White DR
Red Oak, TX 75154

| Company Code<br>R4 / ZZW 22869365 | Loc/Dept<br>01/90 | Number<br>6916127 | Page<br>1 of 1 |
|---|---|---|---|

Details Inc LLC
302 BOB WHITE DR
red oak, TX 75154

**Earnings Statement**

ADP

Period Starting: 02/28/2025
Period Ending: 03/06/2025
Pay Date: 03/07/2025

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
  Federal: 0               Federal:
  State:   0               State:
  Local:   0               Local:
Social Security Number: XXX-XX-XXXX

Carl Daugherty
302 Bob White DR
Red Oak, TX 75154

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2500.00 | 25000.00 |
| Gross Pay | | | $2,500.00 | $25,000.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -432.90 | 4329.00 |
| Social Security | -155.00 | 1550.00 |
| Medicare | -36.25 | 362.50 |
| Net Pay | $1,875.85 | |

| Deposits<br>account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3355 | XXXXXXXXX | 1875.85 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $2,500.00

Details Inc LLC
302 BOB WHITE DR
red oak, TX 75154

Pay Date:    03/07/2025

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3355 | XXXXXXXXX | 1875.85 |

THIS IS NOT A CHECK

Carl Daugherty
302 Bob White DR
Red Oak, TX 75154

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / ZZW 22869365 | 01/90 | 6903956 | 1 of 1 |

Details Inc LLC
302 BOB WHITE DR
red oak, TX 75154

**Earnings Statement**   ADP

Period Starting: 02/21/2025
Period Ending: 02/27/2025
Pay Date: 02/28/2025

Taxable Marital Status: Single
Exemptions/Allowances:   Tax Override:
 Federal: 0    Federal:
 State: 0     State:
 Local: 0     Local:
Social Security Number: XXX-XX-XXXX

Carl Daugherty
302 Bob White DR
Red Oak, TX 75154

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2500.00 | 22500.00 |
| **Gross Pay** | | | **$2,500.00** | **$22,500.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -432.90 | 3896.10 |
| Social Security | -155.00 | 1395.00 |
| Medicare | -36.25 | 326.25 |
| **Net Pay** | **$1,875.85** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3355 | XXXXXXXXX | 1875.85 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $2,500.00

Details Inc LLC
302 BOB WHITE DR
red oak, TX 75154

Pay Date:    02/28/2025

Deposited to the account
Checking DirectDeposit

*THIS IS NOT A CHECK*

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3355 | XXXXXXXXX | 1875.85 |

Carl Daugherty
302 Bob White DR
Red Oak, TX 75154

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / ZZW 22869365 | 01/90 | 6891610 | 1 of 1 |

Details Inc LLC
302 BOB WHITE DR
red oak, TX 75154

**Earnings Statement**

**ADP**

Period Starting: 02/14/2025
Period Ending: 02/20/2025
Pay Date: 02/21/2025

Taxable Marital Status: Single
Exemptions/Allowances:        Tax Override:
   Federal:  0                   Federal:
   State:    0                   State:
   Local:    0                   Local:
Social Security Number: XXX-XX-XXXX

Carl Daugherty
302 Bob White DR
Red Oak, TX 75154

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2500.00 | 20000.00 |
| Gross Pay | | | $2,500.00 | $20,000.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -432.90 | 3463.20 |
| Social Security | -155.00 | 1240.00 |
| Medicare | -36.25 | 290.00 |
| Net Pay | $1,875.85 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3355 | XXXXXXXXX | 1875.85 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $2,500.00

Details Inc LLC
302 BOB WHITE DR
red oak, TX 75154

Pay Date:    02/21/2025

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3355 | XXXXXXXX | 1875.85 |

THIS IS NOT A CHECK

Carl Daugherty
302 Bob White DR
Red Oak, TX 75154

Company Code R4 / ZZW 22869365  Loc/Dept 01/90  Number 6880836  Page 1 of 1

Details Inc LLC
302 BOB WHITE DR
red oak, TX 75154

**Earnings Statement**

ADP

Period Starting: 02/07/2025
Period Ending: 02/13/2025
Pay Date: 02/14/2025

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  State: 0
  Local: 0
Tax Override:
  Federal:
  State:
  Local:
Social Security Number: XXX-XX-XXXX

Carl Daugherty
302 Bob White DR
Red Oak, TX 75154

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2500.00 | 17500.00 |
| Gross Pay | | | $2,500.00 | $17,500.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -432.90 | 3030.30 |
| Social Security | -155.00 | 1085.00 |
| Medicare | -36.25 | 253.75 |
| Net Pay | $1,875.85 | |

Deposits
| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3355 | XXXXXXXXX | 1875.85 |

Important Notes
Basis of pay: Salaried

Your federal taxable wages this period are $2,500.00

Details Inc LLC
302 BOB WHITE DR
red oak, TX 75154

Pay Date: 02/14/2025

**THIS IS NOT A CHECK**

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3355 | XXXXXXXXX | 1875.85 |

Carl Daugherty
302 Bob White DR
Red Oak, TX 75154

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / ZZW 22869365 | 01/90 | 6869642 | 1 of 1 |

Details Inc LLC
302 BOB WHITE DR
red oak, TX 75154

**Earnings Statement**

ADP

Period Starting: 01/31/2025
Period Ending: 02/06/2025
Pay Date: 02/07/2025

Taxable Marital Status: Single
Exemptions/Allowances:     Tax Override:
  Federal:  0                Federal:
  State:    0                State:
  Local:    0                Local:
Social Security Number: XXX-XX-XXXX

**Carl Daugherty**
**302 Bob White DR**
**Red Oak, TX 75154**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular |  | 0.00 | 2500.00 | 15000.00 |
| Gross Pay |  |  | $2,500.00 | $15,000.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -432.90 | 2597.40 |
| Social Security | -155.00 | 930.00 |
| Medicare | -36.25 | 217.50 |
| Net Pay | $1,875.85 |  |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3355 | XXXXXXXXX | 1875.85 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $2,500.00

Details Inc LLC
302 BOB WHITE DR
red oak, TX 75154

Pay Date: 02/07/2025

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3355 | XXXXXXXXX | 1875.85 |

Carl Daugherty
302 Bob White DR
Red Oak, TX 75154

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| R4 / ZZW 22869365 | 01/90 | 6858078 | 1 of 1 | | |
| Details Inc LLC | | | | Period Starting: | 01/24/2025 |
| 302 BOB WHITE DR | | | | Period Ending: | 01/30/2025 |
| red oak, TX 75154 | | | | Pay Date: | 01/31/2025 |

Taxable Marital Status:  Single
Exemptions/Allowances:  Tax Override:
  Federal: 0    Federal:
  State: 0    State:
  Local: 0    Local:
Social Security Number: XXX-XX-XXXX

Carl Daugherty
302 Bob White DR
Red Oak, TX 75154

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2500.00 | 12500.00 |
| Gross Pay | | | $2,500.00 | $12,500.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -432.90 | 2164.50 |
| Social Security | -155.00 | 775.00 |
| Medicare | -36.25 | 181.25 |
| Net Pay | $1,875.85 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3355 | XXXXXXXXX | 1875.85 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $2,500.00

Details Inc LLC
302 BOB WHITE DR
red oak, TX 75154

Pay Date:  01/31/2025

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3355 | XXXXXXXXX | 1875.85 |

Carl Daugherty
302 Bob White DR
Red Oak, TX 75154